# Exhibit 2

Non-Method Claim: 1

| US9001581 | Blackview MEGA 12 ("The accused product") |
| --- | --- |
| 1. A semiconductor memory device comprising: | The accused product is a semiconductor memory device (e.g., ROM of the accused product).<br><br>As shown below, the ROM of the accused product is a UFS 3.1 device (semiconductor memory) based on MT256GBCAV4U31 3D NAND memory module.<br><br><br><br>https://www.blackview.us/products/mega-12-price |

<table>
<tr>
<td></td>
<td>

**Performance**

| | |
|---|---|
| CPU | MediaTek Dimensity 7200 |
| RAM & ROM | 12GB RAM + 256GB ROM (Up to 24GB Expansion)<br>16GB RAM + 512GB ROM (Up to 32GB Expansion) |
| Expandable Storage | Up to 2TB |

semiconductor memory device

https://www.blackview.us/products/mega-12-price




5G MediaTek Dimensity 7200 | up to 48GB LPDDR 5 RAM | 512GB UFS 3.1 ROM

https://www.blackview.hk/products/item/mega12

</td>
</tr>
</table>



Source: Usage of the accused product




Source: A terminal emulator app run on the accused product to access storage device details.




Source: ADB shell used to access details of the storage device of the accused product.

| | |
|---|---|
| | Micron's 176-layer UFS 3.1 product for mobile<br><br>Micron's **mobile memory and storage** leadership makes it possible to unleash the full potential of 5G experiences. We were first to mass production in LPDDR5 and first to market with uMCP5 technology for 5G, and we continue to enable OEMs to take full advantage of 5G download speeds of 1 Gbps or faster to unlock the power in their advanced processing engines.<br><br>Micron continues to lead in memory innovation for high-end and flagship phones and today has announced the world's first 176-layer mobile UFS 3.1 product shipping in volume. In addition, the updated **uMCP5** product, a UFS-based multichip package with low-power DDR5 (LPDDR5) DRAM, is now ready for qualification. Announced earlier, **176-layer NAND technology** is the world's most technologically advanced flash memory with industry-leading density.<br><br>With higher bandwidth, lower latency and greater power efficiency, new 176-layer 3D NAND helps smartphone designers produce a more responsive mobile experience with true multitasking across apps, all powered on a single battery charge. Can technology deliver the mobile experiences that consumers want? You bet, and here's how.<br><br>https://www.micron.com/about/blog/memory/dram/worlds-most-advanced-flash-goes-mobile<br><br>**Specifications**<br>Capacity: **256GB**; Protocol: **UFS3.1**; Operating Temp: **-40C to +115C**; Pin Count: **153-ball**; Part Status Code: **Contact Sales**; Component Config: **256Gb x8**<br>Dry Pack Qty: **1520**; Package Dimension (W x L x H) mm: **11.50 x 13.00 x 1.30**; Tape & Reel Qty: **2000**; Package Type: **GREEN**; Technology: **UFS TLC**; Family: **MCP**<br><br>https://www.micron.com/products/storage/managed-nand/universal-flash-storage/part-catalog/part-detail/mtfc256gbcavtc-aat |
| a plurality of | The accused product discloses a plurality of semiconductor memory cells (e.g., |

<table>
<tr>
<td>semiconductor memory cells;</td>
<td>TLC memory cells).<br><br>As shown below, the ROM of the accused product is based on Micron 3D NAND which uses TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 256GB or 512GB, depending on the model.<br><br>
<table>
<tr><th colspan="2">Performance</th></tr>
<tr><td>CPU</td><td>MediaTek Dimensity 7200</td></tr>
<tr><td>RAM & ROM</td><td>12GB RAM + 256GB ROM (Up to 24GB Expansion)<br>16GB RAM + 512GB ROM (Up to 32GB Expansion)</td></tr>
<tr><td>Expandable Storage</td><td>Up to 2TB</td></tr>
</table>
<br>https://www.blackview.us/products/mega-12-price</td>
</tr>
</table>




Source: A terminal emulator app run on the accused product to access storage device details.




Source: ADB shell used to access details of the storage device of the accused product.




Micron's 176-layer UFS 3.1 product for mobile

Micron's **mobile memory and storage** leadership makes it possible to unleash the full potential of 5G experiences. We were first to mass production in LPDDR5 and first to market with uMCP5 technology for 5G, and we continue to enable OEMs to take full advantage of 5G download speeds of 1 Gbps or faster to unlock the power in their advanced processing engines.

Micron continues to lead in memory innovation for high-end and flagship phones and today has announced the world's first 176-layer mobile UFS 3.1 product shipping in volume. In addition, the updated **uMCP5** product, a UFS-based multichip package with low-power DDR5 (LPDDR5) DRAM, is now ready for qualification. Announced earlier, **176-layer NAND technology** is the world's most technologically advanced flash memory with industry-leading density.

With higher bandwidth, lower latency and greater power efficiency, new 176-layer 3D NAND helps smartphone designers produce a more responsive mobile experience with true multitasking across apps, all powered on a single battery charge. Can technology deliver the mobile experiences that consumers want? You bet, and here's how.

https://www.micron.com/about/blog/memory/dram/worlds-most-advanced-flash-goes-mobile

**Specifications**

| Capacity | Protocol | Operating Temp | Pin Count | Part Status Code | Component Config |
|---|---|---|---|---|---|
| **256GB** | **UFS3.1** | **-40C to +115C** | **153-ball** | **Contact Sales** | **256Gb x8** |
| | | | | memory cell | |
| Dry Pack Qty | Package Dimension (W x L x H) mm | Tape & Reel Qty | Package Type | Technology | Family |
| **1520** | **11.50 x 13.00 x 1.30** | **2000** | **GREEN** | **UFS TLC** | **MCP** |

https://www.micron.com/products/storage/managed-nand/universal-flash-storage/part-catalog/part-detail/mtfc256gbcavtc-aat

| | |
|---|---|
| | <br>SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)<br>https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html |




**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's eye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actual 3D NAND has more than 128 WLs in a string.

https://www.mdpi.com/2079-9292/10/24/3156

## What is TLC flash (triple-level cell flash)?

TLC flash (triple-level cell flash) is a type of NAND flash memory that stores three bits of data per cell. TLC is also known as multi-level cell-3 (MLC-3), 3-bit MLC and X3.

Common use cases for TLC flash include enterprise-and consumer-grade solid-state drives (SSDs), storage cards in digital cameras and mobile phones, and USB drives. TLC flash offers a lower price per gigabyte than single-level cell (SLC) and MLC flash that typically stores two bits of data per cell. However, it's more expensive than quad-level cell (QLC) flash, which stores four bits of data per cell.

| | |
|---|---|
| | https://www.techtarget.com/searchstorage/definition/TLC-flash-triple-level-cell-flash |
| at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the ROM of the accused product is based on Micron 3D NAND that uses a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells.<br><br><br><br>Source: A terminal emulator app run on the accused product to access storage device details. |




Micron's 176-layer UFS 3.1 product for mobile

Micron's **mobile memory and storage** leadership makes it possible to unleash the full potential of 5G experiences. We were first to mass production in LPDDR5 and first to market with uMCP5 technology for 5G, and we continue to enable OEMs to take full advantage of 5G download speeds of 1 Gbps or faster to unlock the power in their advanced processing engines.

Micron continues to lead in memory innovation for high-end and flagship phones and today has announced the world's first 176-layer mobile UFS 3.1 product shipping in volume. In addition, the updated **uMCP5** product, a UFS-based multichip package with low-power DDR5 (LPDDR5) DRAM, is now ready for qualification. Announced earlier, **176-layer NAND technology** is the world's most technologically advanced flash memory with industry-leading density.

With higher bandwidth, lower latency and greater power efficiency, new 176-layer 3D NAND helps smartphone designers produce a more responsive mobile experience with true multitasking across apps, all powered on a single battery charge. Can technology deliver the mobile experiences that consumers want? You bet, and here's how.

https://www.micron.com/about/blog/memory/dram/worlds-most-advanced-flash-goes-mobile

**Specifications**

| Capacity | Protocol | Operating Temp | Pin Count | Part Status Code | Component Config |
|---|---|---|---|---|---|
| **256GB** | **UFS3.1** | **-40C to +115C** | **153-ball** | **Contact Sales** | **256Gb x8** |

memory cell

| Dry Pack Qty | Package Dimension (W x L x H) mm | Tape & Reel Qty | Package Type | Technology | Family |
|---|---|---|---|---|---|
| **1520** | **11.50 x 13.00 x 1.30** | **2000** | **GREEN** | **UFS TLC** | **MCP** |

https://www.micron.com/products/storage/managed-nand/universal-flash-storage/part-catalog/part-detail/mtfc256gbcavtc-aat

| | |
|---|---|
| | <br>SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)<br>https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html |

| | |
|---|---|
| | <br>**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's e ye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actu al 3D NAND has more than 128 WLs in a string.<br>https://www.mdpi.com/2079-9292/10/24/3156 |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product is a memory device (e.g., the accused product), said memory device (e.g., the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the ROM of the accused product is based on Micron 3D NAND and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

| | |
|---|---|
| |  <br>Source: A terminal emulator app run on the accused product to access storage device details. |




Micron's 176-layer UFS 3.1 product for mobile

Micron's **mobile memory and storage** leadership makes it possible to unleash the full potential of 5G experiences. We were first to mass production in LPDDR5 and first to market with uMCP5 technology for 5G, and we continue to enable OEMs to take full advantage of 5G download speeds of 1 Gbps or faster to unlock the power in their advanced processing engines.

Micron continues to lead in memory innovation for high-end and flagship phones and today has announced the world's first 176-layer mobile UFS 3.1 product shipping in volume. In addition, the updated **uMCP5** product, a UFS-based multichip package with low-power DDR5 (LPDDR5) DRAM, is now ready for qualification. Announced earlier, **176-layer NAND technology** is the world's most technologically advanced flash memory with industry-leading density.

With higher bandwidth, lower latency and greater power efficiency, new 176-layer 3D NAND helps smartphone designers produce a more responsive mobile experience with true multitasking across apps, all powered on a single battery charge. Can technology deliver the mobile experiences that consumers want? You bet, and here's how.

https://www.micron.com/about/blog/memory/dram/worlds-most-advanced-flash-goes-mobile

## Specifications

| Capacity | Protocol | Operating Temp | Pin Count | Part Status Code | Component Config |
|---|---|---|---|---|---|
| **256GB** | **UFS3.1** | **-40C to +115C** | **153-ball** | **Contact Sales** | **256Gb x8** |

memory cell

| Dry Pack Qty | Package Dimension (W x L x H) mm | Tape & Reel Qty | Package Type | Technology | Family |
|---|---|---|---|---|---|
| **1520** | **11.50 x 13.00 x 1.30** | **2000** | **GREEN** | **UFS TLC** | **MCP** |

https://www.micron.com/products/storage/managed-nand/universal-flash-storage/part-catalog/part-detail/mtfc256gbcavtc-aat




https://www.mdpi.com/2079-9292/10/24/3156

## Micron 3D RG NAND Technology

**RG Design Innovation**

Micron's 3D RG NAND flash storage creates a cell-to-cell approach that is closer to an interaction-free structure by using replacement-gate technology. The RG innovation is a nonconductive layer of silicon nitride (SiN) acting as a NAND storage cell to trap electrical charges. In 3D RG NAND, this layer surrounds the inside of the control gate of the cell, functioning as an insulator that stores charges. Figure 1 shows how this design significantly decreases the cell-to-cell capacitive coupling issues in traditional NAND that limit performance.

https://assets.micron.com/adobe/assets/urn:aaid:aem:3c193535-1112-4b90-a5d8-3545ed0b021b/renditions/original/as/micron-rg-3d-nand-whitepaper.pdf